UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 5 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-19-184 |
| CARLOS ALFONSO GONZALEZ | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 16, 2019, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**CARLOS ALFONSO GONZALEZ,**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT TWO

On or about February 16, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CARLOS ALFONSO GONZALEZ,**

did knowingly and intentionally possess with intent to distribute a quantity more than five (5) kilograms, that is, approximately 38.25 kilograms (84.15 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*[signature]*
ISRAEL CANO III
Assistant United States Attorney